Leon Leighton et al., as Trustees, Landlords, Appellants, *v.* Morris Jawrower, Tenant, Respondent.

Argued November 14, 1949; decided December 29, 1949.

*Barnet Kaprow* for appellants.

*Ed Dupree, General Counsel* (*Nathan Siegel, Hugo V. Prucha* and *Louise F. McCarthy* of counsel), for Office of Housing Expediter, *amicus curiæ,* in support of appellants' position.

*Leo Isacson* for respondent.

*Barney Rosenstein* and *Murray A. Gordon* for New York Tenant Councils on Rent and Housing, *amicus curiæ,* in support of respondent's position.

Order reversed, without costs, and the matter remitted to the Municipal Court of the City of New York for further proceedings upon the authority of *F. T. B. Realty Corp.* v. *Goodman* (300 N. Y. 140). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.